No. 10–548. KAISER EAGLE MOUNTAIN, INC., ET AL. *v.* NATIONAL PARKS & CONSERVATION ASSN. ET AL. C. A. 9th Cir. Motions of Coachella Valley Economic Partnership, New Kaiser Voluntary Employees' Beneficiary Association, Pacific Legal Foundation, County Sanitation District No. 2 of Los Angeles County, and Judge Craig Manson et al. for leave to file briefs as *amici curiae* granted. Certiorari denied.

No. 10–976. FREEDOM HOLDINGS, INC., ET AL. *v.* SCHNEIDERMAN, ATTORNEY GENERAL OF NEW YORK, ET AL. C. A. 2d Cir. Certiorari denied. JUSTICE SOTOMAYOR took no part in the consideration or decision of this petition.

No. 10–8787. FLORES *v.* HOLDER, ATTORNEY GENERAL, ET AL. C. A. 5th Cir. Certiorari before judgment denied.

No. 10–9206. DEJARNETTE *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 10–9251. THOMAS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 10–7140. EDWARDS *v.* MCNEIL, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL., 562 U. S. 1146;
No. 10–7514. BAXTER *v.* MCNEIL, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL., 562 U. S. 1154;
No. 10–7554. MENDOZA *v.* MCNEIL, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, 562 U. S. 1186;
No. 10–7597. DRUM *v.* CALHOUN ET AL., 562 U. S. 1188;
No. 10–7600. HALL *v.* KORESKI, 562 U. S. 1202; and
No. 10–7713. LUCAS *v.* UNITED STATES, 562 U. S. 1159. Petitions for rehearing denied.

No. 10–7678. BROWN *v.* UNITED STATES, 562 U. S. 1170. Petition for rehearing denied. JUSTICE KAGAN took no part in the consideration or decision of this petition.